UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
GIVAUDAN SA,

                        Plaintiff,                  18-CV-03588 (JGK)

v.                                             ORAL ARGUMENT
                                               REQUESTED

CONAGEN INC.,

                    Defendant.
-------------------------------------------------------- x

USDS SDNY
DOCUMENT
ELECTRONICALLY ...
DOC #: _____
DATE FILED: 10/5/2020

[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO REDACT CERTAIN PORTIONS OF DOCUMENTS

AND NOW, this __5__ day of __October__, 2020, upon consideration of Conagen Inc.'s Motion to Redact Certain Portions of Documents, it is hereby ORDERED that the Motion is GRANTED. The documents in question may be filed under seal, and the specified portions of other documents may be filed in redacted form.

BY THE COURT

_/s/ John G. Koeltl_

Hon. John G. Koeltl, District Judge

Dated: __10/5/20__