UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIVAUDAN SA,

    Plaintiff,

- against -

CONAGEN INC.,

    Defendant.

18-cv-3588 (JGK)

---

PHYTO TECH CORP. ET AL.,

    Plaintiffs,

- against -

GIVAUDAN SA,

    Defendant.

18-cv-6172 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to submit paper copies of the pending motions to Chambers in accordance with the Court's individual Rule II.C.

SO ORDERED.

Dated:    New York, New York
            May 4, 2021

                                      John G. Koeltl
                                  United States District Judge