UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIVAUDAN SA,

                  Plaintiff,           18-cv-3588 (JGK)

     - against -           ORDER

CONAGEN INC.,

                  Defendant.

---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record during the teleconference on July 29, 2021, the motions for summary judgment are denied except as to the conversion claim which is dismissed. The Clerk is directed to close Docket No. 78 and 83.

    The parties are directed to confer and provide a status update to the Court by August 6, 2021 with respect to the following issues: (1) whether this and the related case in 18-cv-6172 are jury or non-jury trials; (2) whether the actions should be consolidated for trial; (3) whether the parties are prepared to engage in settlement discussions and, if so, in what forum; (4) a schedule for the submission of Findings of Fact and Conclusions of Law (if this is a non-jury case), the Joint Pre-Trial Order, and Trial Memos.

SO ORDERED.

Dated:    New York, New York
          July 29, 2021

                                                  John G. Koeltl
                                     United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2021