UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

PHYTO TECH CORP., ET AL.,

        Plaintiffs,

  - against-                      18-cv-6172 (JGK)

GIVAUDAN SA,                           ORDER

        Defendant.
───────────────────────────────

GIVAUDAN SA,

        Plaintiff,

  - against-                      18-cv-3588 (JGK)

CONAGEN, INC.,

        Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    Trial is adjourned to **11:00 am on June 6, 2022**.

    Initial final pre-trial submissions, as previously indicated, are adjourned to **April 29, 2022**. Responsive pleadings are due by **May 6, 2022**. The final pre-trial conference is scheduled for **May 31, 2022, at 2:30 p.m.**

The parties should advise the Court by **February 11, 2022,** whether any reference to the Magistrate Judge or the Mediation Panel for purposes of settlement would be useful.

**SO ORDERED.**

Dated:   New York, New York
         **February 4, 2022**

                                      _____
                                      **John G. Koeltl**
                                      **United States District Judge**