UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GIVAUDAN SA,

        Plaintiff,

- against-                               18-cv-3588 (JGK)

CONAGEN INC.,                      ORDER

        Defendant.
_____

PHYTO TECH CORP., ET AL.,

        Plaintiffs,

- against-                               18-cv-6172 (JGK)

GIVAUDAN SA,

        Defendant.
_____

JOHN G. KOELTL, District Judge:

    A conference is scheduled for May 13, 2022, at 3:00 p.m.

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           May 12, 2022

                                                /s/ John G. Koeltl
                                                John G. Koeltl
                                         United States District Judge