UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIVAUDAN SA,

                Plaintiff,

- against-                      18-cv-3588 (JGK)

CONAGEN INC.,                    ORDER

                Defendant.

---

PHYTO TECH CORP., ET AL.,

                            18-cv-6172 (JGK)

                Plaintiffs,

- against-

GIVAUDAN SA,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, trial in the above captioned cases will begin on June 6, 2022, at 10:00 a.m. Each side has 7 hours to present testimony at trial. Givaudan's application to allow Roberto Garavagno to testify at trial remotely is denied. Mr. Garavagno may testify in person on June 10, 2022, at 9:00 a.m. Conagen's request to depose Mr. Garavagno is denied.

The parties should discuss the possibility of settlement before trial. The Trustee is advised that the reorganization plan is needed urgently.

SO ORDERED.

Dated:   New York, New York
         May 13, 2022

_____
John G. Koeltl
United States District Judge

2