UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GIVAUDAN SA,

        Plaintiff,

- against-

CONAGEN INC.,

        Defendant.

18-cv-3588 (JGK)

ORDER

---

PHYTO TECH CORP., ET AL.,

        Plaintiffs,

- against-

GIVAUDAN SA,

        Defendant.

18-cv-6172 (JGK)

---

JOHN G. KOELTL, District Judge:

    As discussed on the record today, the parties' post-trial submissions are due by June 24, 2022. Replies are due by June 29, 2022. To the extent reasonably possible, references to the transcript, exhibits, and case citations should be hyperlinked.

SO ORDERED.

Dated:    New York, New York
            June 15, 2022

                                       /s/ John G. Koeltl
                                       John G. Koeltl
                                United States District Judge