Case 1:18-cv-03588-JGK   Document 153   Filed 06/24/22   Page 1 of 1



**GOLDBERG SEGALLA**

Ryan G. Pitman | Partner
Direct 716.844.3454 | rpitman@goldbergsegalla.com

June 24, 2022

APPLICATION GRANTED
SO ORDERED

*/s/ John G. Koeltl*
6/24/22
John G. Koeltl, U.S.D.J.

**BY ECF**

Honorable John G. Koeltl
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Phyto Tech Corp. d/b/a Blue California and Conagen Inc. v. Givaudan SA*
            No. 1:18-cv-06172

            *Givaudan SA v. Conagen Inc.*
            No. 1:18-cv-03588

Dear Judge Koeltl:

    We write on behalf of all parties to the above-captioned actions to jointly request leave for each side to file their respective Post-Trial Proposed Findings of Fact and Conclusions of Law under partial seal, and to redact certain portions of those documents. Counsel for the parties have consulted, and each side consents to the other's request, which is consistent with the parties' sealing request practice throughout this matter. The content each side seeks to seal is limited to alleged or actual confidential and proprietary business information.

    The parties also hereby file a joint Notice of Intent to Request Redaction of Transcript to seal certain portions of the trial transcripts in both above-captioned actions.

    Courtesy copies of post-trial submissions with hyperlinked references will be submitted to Chambers by Conagen and Blue Cal on Monday and by Givaudan no later than Wednesday.

    The parties will of course be happy to provide any further information should the Court require it. Thank you for your attention to this matter.

                              Respectfully submitted,

                              */s Ryan G. Pitman*

                              Ryan G. Pitman

cc:    Counsel of record via PACER

Office Location: 665 Main Street, Buffalo, NY 14203-1425 | 716-566-5400 | Fax: 716-566-5401 | www.goldbergsegalla.com

Error! Unknown document property name.