**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GIVAUDAN SA,

                Plaintiff,

    -against-                                      18 **CIVIL** 3588 (JGK)

**JUDGMENT**

CONAGEN INC.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 18, 2022, Conagen is not liable for Breach of Contract, Promissory Estoppel, or Unjust Enrichment, and thus, Givaudan is entitled to no relief on its claims against Conagen. Givaudan's claims against Conagen are dismissed; accordingly, the case is closed.

**Dated:** New York, New York

       July 19, 2022

                                                            **RUBY J. KRAJICK**

                                                            **Clerk of Court**
                              **BY:**   *K. Mango*

                                                            **Deputy Clerk**