UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

GIVAUDAN SA,

                                                 Plaintiff,    **NOTICE OF APPEAL**

   -against-                                                 **18 CIVIL 3588**
                                                                            (JGK)

CONAGEN INC.,

                                                Defendant.
_____

To the Clerk of the Court and all parties of record:

      Notice is hereby given that Plaintiff Givaudan SA appeals to the United States Court of Appeals for the Second Circuit from this Court's Judgment, dated July 19, 2022 (ECF No. 167), and this Court's Memorandum, Opinion and Order, dated July 18, 2022 (ECF No. 166), rendering judgment in favor Defendant Conagen, Inc., and dismissing Plaintiff Givaudan's claims. Plaintiff appeals from this Court's Order, dated July 29, 2021 (ECF No. 118), that denied Plaintiff's motion for summary judgment and dismissed the conversion claim by granting Defendant's summary judgment motion in part. Plaintiff appeals from this Court's Order, dated July 10, 2019 (ECF No. 52), to the extent it granted in part Defendant's motion to dismiss the Amended Complaint.

DATED:     Albany, New York
                 August 5, 2022

                                            GOLDBERG SEGALLA LLP

                                            By:    /s/Jonathan M. Bernstein
                                                     Jonathan M. Bernstein, Esq.
                                            *Attorneys for Plaintiff Givaudan SA*
                                            8 Southwoods Blvd., Ste. 300
                                            Albany, NY  12211
                                            518-463-5400
                                            jbernstein@goldbergsegalla.com