```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| GIVAUDAN SA, ET AL., | Plaintiffs, | |
| - against- | | 18-cv-3588 (JGK) |
| CONAGEN INC., | Defendant. | ORDER |
| PHYTO TECH CORP., ET AL., | Plaintiffs, | |
| - against- | | 18-cv-6172 (JGK) |
| GIVAUDAN SA, | Defendant. | |
| PHYTO TECH CORP., | Plaintiff, | |
| - against- | | 19-cv-9033 (JGK) |
| GIVAUDAN SA, | Defendant. | |

JOHN G. KOELTL, District Judge:

The Court previously advised the parties that the Court's nephew-in-law was a non-equity partner in Dechert LLP and that nothing about that affects anything that the Court does in these cases. See, e.g., No. 18-cv-6172, Aug. 24, 2021 Transcript, ECF No. 89, at 2. In early 2022, the Court's nephew-in-law became an equity partner in that firm, but he has not and will not share

in any income from any of these cases. Nothing about this affects or has affected anything the Court does in these cases.

**SO ORDERED.**

**Dated:**   **New York, New York**
**December 19, 2022**

*/s/ John G. Koeltl*
John G. Koeltl
**United States District Judge**